Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: sburke@buchalter.com

*IT IS SO ORDERED*
*Judge James Ware*

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DUONG LE,<br><br>　　　　Defendant. | CASE NO. CV-04-03399 JW<br><br>Hon. James Ware<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR DEFAULT JUDGMENT AND CASE MANAGEMENT CONFERENCE**<br><br>Date: June 20, 2005<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor |

///
///
///
///
///
///
///
///

BNFY 561727v1　　　　　　　　　　　　1　　　　　　　　　　　　(CV-04-03399 JW)

**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR DEFAULT JUDGMENT AND CASE MANAGEMENT CONFERENCE**

Counsel for Plaintiff DIRECTV, Inc. ("DIRECTV"), respectfully requests that the Court allow the telephonic appearance of counsel at the Hearing on Motion For Default Judgment and Case Management Conference simultaneously scheduled for June 20, 2005 at 9:00 a.m. This request is made on the grounds that the attorneys primarily responsible for handling this matter are located in Orange County, California, approximately 384 miles from the above-referenced Court. Personal appearance at the hearing would therefore cause an undue hardship on DIRECTV. If this request is granted, Brandon Q. Tran will be making the telephonic appearance and may be reached directly at (949) 224-6277.

DATED: June 2, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____/s/ Suzanne M. Burke_____
Suzanne M. Burke
Attorneys for Plaintiff DIRECTV, INC.

## ORDER

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

Dated: June 15, 2005

/s/ James Ware
_____
Honorable James Ware
United States District Court
Northern District of California

BNFY 561727v1       2       (CV-04-03399 JW)

**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR DEFAULT JUDGMENT AND CASE MANAGEMENT CONFERENCE**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.